**Order entered November 3, 2014**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-01189-CR
### No. 05-14-01190-CR

**MICHAEL DOWDEN, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 194th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause Nos. F88-86404-M, F88-89370-M**

## ORDER

The clerk's records are overdue in these appeals from the trial court's order denying appellant's motion for post-conviction DNA testing in these cases. Accordingly, we **ORDER** the Dallas County District Clerk to file the clerk's records within **FIFTEEN DAYS** of the date of this order.

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to Gary Fitzsimmons, Dallas County District Clerk, and to counsel for all parties.

/s/     LANA MYERS
        JUSTICE